

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2014

No. 04-14-00341-CV

**BOARD OF ADJUSTMENT FOR CITY OF SAN ANTONIO & SAROSH MANAGEMENT, LLC** d/b/a A-Z Food Mart,
Appellants

v.

**EAST CENTRAL INDEPENDENT SCHOOL DISTRICT,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-17596
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's unopposed motion for extension of time to file brief and request for expedited ruling is hereby MOOT. Appellee's brief is due on or before September 2, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court